```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
1010 SIXTH ASSOCIATES LLC,

                Plaintiff,

-against-

LUKE THOMPSON,

                Defendant.
-------------------------------------------------------X

<u>CIVIL JUDGMENT</u>

10 Civ. 9488 (LAP)

Pursuant to the order issued __FEB 03 2011__ by the Honorable Loretta A. Preska, Chief United States District Judge, dismissing the action it is,

ORDERED, ADJUDGED AND DECREED: That the matter is dismissed. 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.

                                                      */s/ Loretta A. Preska*
                                                LORETTA A. PRESKA
                                         Chief United States District Judge

Dated:   FEB 03 2011

       New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.

                                              JUDGMENT AND APPEAL INSTRUCTIONS
                                             MAILED BY PRO SE OFFICE ON 2/3/11